Neil G. Sparber (NS-9165)
Samantha E. Beltre (SB-7834)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel:   (212) 318-3000
nsparber@fulbright.com
sbeltre@fulbright.com

Attorneys for Defendant JPI Partners, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLEN VETROMILE,                                :

              Plaintiff,                  :    07 Civ. ____

    -against-
                                                :    **DEFENDANT'S**
JPI PARTNERS, LLC,                              :    **RULE 7.1 STATEMENT**
              Defendant.      :

------------------------------------------------------------X

'07 CIV 11032

**JUDGE KARAS**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant JPI Partners, LLC (a private non-governmental party) certifies that it has no corporate parents, affiliates, and/or subsidiaries the securities or other interests in which are publicly held.



-2-

Dated: New York, New York
December 5, 2007

                                                FULBRIGHT & JAWORSKI L.L.P.

By: _____
Neil G. Sparber (NS-9165)
Samantha E. Beltre (SB-7834)
666 Fifth Avenue
New York, New York  10103
Tel:    (212) 318-3000
nsparber@fulbright.com
sbeltre@fulbright.com

Attorneys for Defendant JPI Partners, LLC

50043338.1