Neil G. Sparber, Esq.
Samantha D. Beltre, Esq.
FULBRIGHT & JAWORSKI
666 Fifth Avenue
New York, New York 10103
Tel. No (212) 318-3000
Fax: (212) 318-3400
Attorneys for Defendant
Fulbright & Jaworski L.L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

GLEN VERTROMILE                                  :    Case # 07 CV 11032(KMK)(GAY)
                                                 :
                Plaintiff,                       :    AFFIDAVIT OF
                                                 :        SERVICE
    -against-                                    :
JPI PARTNERS, LLC,                               :
                                                 :
                                                 :
                Defendant.                       :
----------------------------------------X

STATE OF NEW YORK    )
                            SS.:
COUNTY OF RICHMOND)

   VENUS COLLINS, being duly sworn deposes and says:

   1.   That I am over eighteen years of age, reside in the Richmond County, and am not a party to this action.

   2.   On Wednesday, December 5, 2007 at approximately 4:43 PM I served a true copy of the *Notice of Removal with exhibits and Rule 7.1 Statement* upon Greenfield Stein & Senior LLP, attorneys for the plaintiff, at their offices located at 600 Third Avenue, New York, New York 10016 by personally delivering to and leaving copies of the above mentioned papers with Florence Martin, who identified herself as a legal assistant, and so authorized to accept service of papers on behalf of Green Stein & Senior L.L.P., attorneys for plaintiff of Paul Shoemaker, Esq.

70101259.1

3. Florence Martin is female African American approximately 5'6"-5"7" in height, approximately 135-145 pounds in weigh, between 30-40 years of age with shoulder length black hair.

_____
Venus Collins

Sworn to before me this
6th day of December 2007

_____
Notary Public

SYLVESTER HINDS
NOTARY PUBLIC, State of New York
No. 03-4819881
Qualified in Bronx & New York Counties
Commission Expires Oct. 31, 20 __

70101259.1