Neil G. Sparber, Esq.
Samantha D. Beltre, Esq.
FULBRIGHT & JAWORSKI
666 Fifth Avenue
New York, New York 10103
Tel. No (212) 318-3000
Fax: (212) 318-3400
Attorneys for Defendant
Fulbright & Jaworski L.L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
GLEN VERTROMILE                          :      Case # 07 CV 11032(KMK)(GAY)
                                         :
               Plaintiff,                :      AFFIDAVIT OF
                                         :         SERVICE
       -against-                         :
JPI PARTNERS, LLC,                       :
                                         :
               Defendant.                :
-----------------------------------------X

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF RICHMOND)

   SYLVESTER HINDS, being duly sworn deposes and says:

   1. That I am over eighteen years of age, reside in the County of the Bronx, and am not a party to this action.

   2. On Wednesday, December 5, 2007 at approximately 4:43 PM I served a true copy of the *Notice of Filing of Removal* upon Westchester County Clerk's office at 110 Martin Luther King Boulevard, White Plains, New York 10601 by personally delivering to and leaving a copy of the above mentioned papers with the intake clerk at said offices and address above listed.

                                                _____
                                                Sylvester Hinds

Sworn to before me this
10th day of December 2007

_____
Notary Public

70101259.1