*Karas, J*

Neil G. Sparber (NS-9165)
Samantha E. Beltre (SB-7834)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel:   (212) 318-3000
nsparber@fulbright.com
sbeltre@fulbright.com

DEC - 7 2007

Attorneys for Defendant JPI Partners, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GLEN VETROMILE,           :

         Plaintiff,   :   07 Civ. 11032 (KMK/GAY)

    -against-           :   **STIPULATION**

JPI PARTNERS, LLC,        :

         Defendant.   :
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action as follows:

    1. JPI Partners, LLC agrees not to contest service of process in this action.

    2. The time within which JPI Partners, LLC shall answer, move, or otherwise respond to the complaint is extended up to and including December 19, 2007.

    3. For purposes of this Stipulation, facsimile signatures shall be deemed to be originals.

50043386.1

-1-

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED: _____
```

Dated: December 6, 2007
New York, New York

| | |
|---|---|
| GREENFIELD, STEIN & SENIOR, LLP | FULBRIGHT & JAWORSKI L.L.P. |
| By: *Paul T. Shoemaker* | By: *Neil G. Sparber* |
| Paul T. Shoemaker | Neil G. Sparber (NS-9165) |
| 600 Third Avenue | 666 Fifth Avenue |
| New York, New York 10016 | New York, New York 10103 |
| Attorneys for Plaintiff | Attorneys for Defendant JPI Partners, LLC |

SO ORDERED:

*[signature]*
U.S.D.J.

dated: 12/7/07.