UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Glen Vetromile,

                    Plaintiff(s),              07 Civ. 11032 (KMK) (GAY)

-against-                              ORDER OF REFERENCE
                                                TO A MAGISTRATE JUDGE

JPI Partners, LLC,

                    Defendant(s).

---------------------------------------------------------X

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| ✓ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ | Inquest After Default/Damages Hearing | |
| | | Particular Motion:_____ _____ |
| | | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: March 17, 2008

                                                        SO ORDERED

                                                        Hon. Kenneth M. Karas
                                                       United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```