**FULBRIGHT & JAWORSKI L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NEIL G. SPARBER
PARTNER
NSPARBER@FULBRIGHT.COM

DIRECT DIAL:   (212) 318-3038
TELEPHONE:    (212) 318-3000
FACSIMILE:    (212) 318-3400

March 24, 2008

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

**MEMO ENDORSED**

Re:   Vetromile v. JPI Partners, LLC
      07 Civ. 11032 (KMK)

Dear Judge Karas:

We are the attorneys for the defendant, JPI Partners, LLC, in the above referenced action. I am in receipt of the letter to Your Honor, dated March 11, 2008, from Paul Shoemaker, Esq. This letter will confirm that JPI Partners, LLC does not object to plaintiff filing a jury demand in this action.

Very truly yours,

Neil G. Sparber

NGS/dwj
cc:   Paul T. Shoemaker, Esq.

The Clerk is directed, respectfully, to docket this letter.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/24/08

70265188.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC